UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RONALD MAIER,

    Plaintiff,

vs.

HUMBOLDT TRANSIT CO. et. al.,

    Defendants.

No. C 13-3334 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a detainee, has filed a civil rights action. However, mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable.[1] Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice and the motion to proceed in forma pauperis (Docket No. 6) is **VACATED**. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 28, 2013.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.13\Maier3334.dsm-mail.wpd

---

[1] The jail has stated on the envelope that plaintiff is no longer in custody. Docket No. 9.